IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RENEE WILDER,** **Individually and as Surviving Spouse and Next Friend and Administrator of the Estate of ALBERT WILDER, deceased,** **Plaintiff,** v. **Rockdale COUNTY, et al., Defendants.** | CIVIL ACTION NO. **1:13-CV-2715-RWS** |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff Renee Wilder, by and through its undersigned counsel, hereby certifies that it served the foregoing: **Expert Report of Anish Sheth, MD**, with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Thomas E. Lavender, III
Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street, Ste 2900
Atlanta, GA 30309

1

Terry E. Williams  
Jason Waymire  
Williams, Morris, & Waymire, LLC  
43330 S. Lee Street  
Bldg. 400, Suite A  
Buford, Georgia 30351

Respectfully submitted this 9th day of February, 2015.

                                         /s/ James Hugh Potts II  
                                         James Hugh Potts II  
                                         Georgia Bar No. 585677  
                                         Attorney for Plaintiff

JAMES HUGH POTTS II, LLC  
1348 Ponce de Leon Ave., N.E.  
Atlanta, GA 30306  
Telephone: (404) 812-0000  
james@jhpii.com  
www.jhpii.com