IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENEE WILDER,<br><br>**Individually and as Surviving Spouse and Next Friend and Administrator of the Estate of ALBERT WILDER, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**ROCKDALE COUNTY,** *et al,*<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:13 CV 2715 |

**SUMMARY DISCLOSURE FOR NON-RETAINED EXPERT LEIGH CHAMPION FORENSIC TOXICOLOGIST**

NOW COMES PLAINTIFF RENE WILDER and hereby files this Summary Disclosure for Non-Retained Expert pursuant to Federal Rule of Civil Procedure 26.

The subject matter upon which Leigh Champion may testify to is the observations and opinions that she formed while performing a post mortem toxicology analysis on Albert Wilder in September, 2012.

A summary of the facts and opinions to which may testify to is contained in the toxicology report attached hereto as Exhibit A.

This 30th day of September, 2015.

1

/s/ *James Hugh Potts II*
James Hugh Potts II
Georgia Bar No. 58567
Eugene D. Butt
Georgia Bar No. 099987
Attorneys for Plaintiff

JAMES HUGH POTTS II, LLC
1348 Ponce de Leon Avenue NE
Atlanta, Georgia 30306

Official Report



| Division of Forensic Sciences | Headquarters | |
|---|---|---|
| Georgia Bureau of Investigation | DOFS Case #: | 2012-1020601 |
| State of Georgia | Report Date: | 11/19/2012 |

George Herrin, Jr., Ph.D.   *ASCLD/LAB-International*
Deputy Director                * Accredited *



**Requested Service:** Blood Alcohol - Postmortem
**Agency:** GBI-Reg. 10-Conyers
**Agency Ref#:**
**Requested by:** J. Wilson

**Case Individuals:**
Inmate: ALBERT WILDER

**Evidence:**
On 09/26/2012, the laboratory received the following evidence from the GBI-Medical Examiner-HQ DOFS via Lockbox.

| | |
|---|---|
| 002 | Sealed plastic bag(s) containing the following items identified as collected from Albert Wilder |
| 002A | Two tubes containing heart blood |
| 002B | Three tube(s) containing iliac blood |
| 002C | One tube(s) containing urine |
| 002D | One tube(s) containing vitreous fluid |

**Results and Conclusions:**
**Subm#: 002B**
1) Ethyl Alcohol Result by Gas Chromatography: negative

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

*Leigh A. Champion*

Leigh Champion
Forensic Toxicologist

**Related Agencies:**
Rockdale Judicial Circuit
GBI-Medical Examiner-HQ DOFS         ACN: DARRISAW
DOC-Internal Affairs - Forsyth
Rockdale Co. Coroner
Rockdale Co. District Attorney

**End of Official Report**

## Official Report



**Division of Forensic Sciences**
**Georgia Bureau of Investigation**
**State of Georgia**

**Headquarters**
**DOFS Case #:** 2012-1020601
**Report Date:** 10/25/2012

George Herrin, Jr., Ph.D.
Deputy Director

*ASCLD/LAB-International*
* Accredited *



**Requested Service:** Toxicology - Postmortem
**Agency:** GBI-Reg. 10-Conyers
**Agency Ref#:**
**Requested by:** J. Wilson

**Case Individuals:**
Inmate: ALBERT WILDER

**Evidence:**
On 09/26/2012, the laboratory received the following evidence from the GBI-Medical Examiner-HQ DOFS via Lockbox.

| | |
|---|---|
| 002 | Sealed plastic bag(s) containing the following items identified as collected from Albert Wilder |
| 002A | Two tubes containing heart blood |
| 002B | Three tube(s) containing Iliac blood |
| 002C | One tube(s) containing urine |
| 002D | One tube(s) containing vitreous fluid |

**Results and Conclusions:**

**Drug Screen Results by:** Immunoassay

| Subm#: | Drug Screen Classification | Result |
|---|---|---|
| 002A | | |
| | blood-barbiturates | Negative |
| | blood-cannabinoids (marijuana) | Negative |
| | blood-certain benzodiazepines | Negative |
| | blood-cocaine/cocaine metabolites | Negative |
| | blood-common opioids | Negative |

**Drug Confirmation Results**

Results were obtained using one or more of the following instrumental methods:
Gas chromatography/mass spectrometry (GC/MS)
Liquid chromatography/mass spectrometry/mass spectrometry (LC/MS/MS).

<u>Submission 002A</u>
1)   negative, comprehensive drug screen

---

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

**Division of Forensic Sciences**  
**Georgia Bureau of Investigation**

**Continued**  
2012-1020601: Toxicology - Postmortem

---

*Larry J. Lewellen*  
Larry J. Lewellen  
Asst. Manager, Toxicology

**Related Agencies:**  
Rockdale Judicial Circuit  
GBI-Medical Examiner-HQ DOFS  
DOC-Internal Affairs - Forsyth  
Rockdale Co. Coroner  
Rockdale Co. District Attorney

ACN: DARRISAW

### End of Official Report