IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENEE WILDER,<br><br>Individually and as Surviving Spouse and Next Friend and Administrator of the Estate of ALBERT WILDER, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>ROCKDALE COUNTY, *et al*,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:13 CV 2715 |

**SUMMARY DISCLOSURE FOR NON-RETAINED EXPERT DR. LORA DARRISAW**

NOW COMES PLAINTIFF RENE WILDER and hereby files this Summary Disclosure for Non-Retained Expert pursuant to Federal Rule of Civil Procedure 26.

The subject matter upon which Dr. Darrisaw may testify to is the observations and opinions that she formed while performing an autopsy on Albert Wilder in September, 2012.

A summary of the facts and opinions to which may testify to is contained in the autopsy report attached hereto as Exhibit A.

This the 30th day of September, 2015.

/s/ *James Hugh Potts II*
James Hugh Potts II
Georgia Bar No. 58567
Eugene D. Butt
Georgia Bar No. 099987
Attorneys for Plaintiff

JAMES HUGH POTTS II, LLC
1348 Ponce de Leon Avenue NE
Atlanta, Georgia 30306

# EXHIBIT A

# Official Report



| | |
|---|---|
| **Division of Forensic Sciences** | **Headquarters** |
| **Georgia Bureau of Investigation** | **DOFS Case #:** 2012-1020601 |
| **State of Georgia** | **Report Date:** 11/30/2012 |

George Herrin, Jr., Ph.D.  * NAME Accredited *
Deputy Director



**Requested Service:** Autopsy
**Agency:** Rockdale Co. Coroner
**Agency Ref#:**
**Requested by:** GEORGE LEVETT

**Case Individuals:**
Inmate: ALBERT WILDER

**Evidence:**
001       DECEDENT

**Results and Conclusions:**
Evidence Submission: 001

INTRODUCTORY REMARKS:

Under the provisions of the Georgia Death Investigation Act, a complete autopsy is performed on the body of ALBERT WILDER at the Georgia Bureau of Investigation Division of Forensic Sciences on Tuesday, September 25, 2012 commencing at 9:50 AM. The autopsy is performed by Lora Darrisaw, MD.

PRESENTATION OF BODY:

As received, the body is lying supine in a white body bag that has an identification tag appropriately labeled "Albert Wilder, Rockdale Co" attached to the zipper of the bag. Clothing items worn on or received with the body consist of the following:

1. Orange jumpsuit with ""Rockdale County Jail" printed on back (pulled down from the chest)
2. Orange slipper shoe

Jewelry and personal effects worn on or received with the body consist of:

1. Picture identification bracelet, worn on the right wrist
2. Upper denture plate

No medications are received with the body.

EVIDENCE OF DIAGNOSITC AND THERAPEUTIC INTERVENTION:

No emergent medical therapeutic devices are on the body.

IDENTIFYING MARKS AND SCARS:

The body is adorned with the following monochromatic tattoos:

1. A 5 x 1.5 cm dollar money symbol ($) is on the lateral right upper arm.
2. The words "B.B. Baby" horizontally oriented on the right upper arm (7.5 x 5.5 cm).
3. An 8.5 x 9.5 cm heart design on the anterior right forearm.
4. The word "Tweety" horizontally oriented on the lateral left upper arm (7 X 2 cm).
5. The words "Big Al" horizontally oriented on the lateral left upper arm (5 x 4 cm).
6. A "sleeve" covering the left forearm with praying hands, a Bible, cross and birds.
7. A 9.5 x 4 cm panther design on the right upper back.
8. An 8 x 4.5 cm Bible with words design on the left upper back.

**Division of Forensic Sciences**  
**Georgia Bureau of Investigation**

Continued  
2012-1020601: Autopsy

---

9. A 10 x 6 cm Mickey Mouse design on the right lower leg.

No remote scars are readily apparent.

EVIDENCE OF INJURY:

-A 0.4 cm brown scab is on the right lateral neck.
-A 2 cm linear red early healing abrasion is on the dorsal right hand.

EXTERNAL EXAMINATION:

The body is that of a normally developed adult black male who has a body weight of 190 pounds and a body height of 73 inches. His appearance is consistent with the recorded age of 51 years. At the time of presentation, the body is cool to the touch. Rigor mortis is fixed in the muscles of the face and extremities. Livor mortis is discernible in posterior portions of the body except in areas of pressure. The body exhibits no decompositional changes.

Head:

The head is normocephalic and atraumatic. The gray-white head hair is worn at the level of the scalp. The irides appear brown, and the pupils measure 0.5 cm. The scleral and conjunctival surfaces are clear, and petechial hemorrhages are not seen. The nose is normally formed, and the septum is intact and midline. No teeth are in the upper and lower gums. An upper denture plate is received with the body. The nose and mouth are free of abnormal fluid or blood accumulation. The oral cavity is free of injury. The ears are normally formed, and the earlobes are not pierced. Facial hair consists of a short (0.2 cm) mustache and stubble/shaven beard.

Neck:

The neck is normally formed, free of trauma and supple without palpable adenopathy or masses. The trachea is palpable in the midline.

Chest:

The chest has a normal anterior-posterior diameter and is free of palpable crepitance.

Abdomen:

The abdomen is flat and soft to palpation. There is no appreciable fluid collection or organomegaly.

Extremities:

The upper and lower extremities exhibit normal symmetrical development and have a normal number of digits. The extremities are free of palpable and visible fractures. The fingernails are worn at the level of the distal fingertips, and the hands and fingers are free of injuries. The feet and toes are unremarkable. The extremities show no marks or scars that are indicative of intravenous drug usage.

External Genitalia:

The external genitalia are that of a normal adult male. The testes are palpable in the scrotum. The penis is circumcised and free of abnormalities. The anus and perineum are unremarkable and free of injuries.

Back:

The spine appears straight, and the back is unremarkable.

**Division of Forensic Sciences**  
**Georgia Bureau of Investigation**

**Continued**  
**2012-1020601: Autopsy**

INTERNAL EXAMINATION:

The body is opened with the usual Y-shaped incision.

Chest and Abdomen:

The subcutaneous fat and musculature are free of injuries. The sternum and chest plate are intact. The thoracic cavities are free of fluid collections and adhesions. The pericardial sac is free of increased fluid collection. The diaphragm is normally formed and shows no defects. 1900 cc of tan murky fluid is in the peritoneal cavity. There is associated acute peritonitis; the proximal small intestine exhibits erythema and fibrinous exudate. Perforation of a duodenal ulcer is subsequently described (Gastrointestinal System). The visceral organs are in the normal anatomic position. No injuries are identified.

Head:

The scalp is incised and reflected; no subscalpular or galeal hemorrhages are seen. The calvarium is intact. There are no epidural, subdural or subarachnoid hemorrhages. The brain weighs 1420 grams. The surface of the brain shows a normal gyral pattern. The leptomeninges are clear and glistening. The structures at the base of the brain including the vessels of the circle of Willis and the cranial nerves are normally formed and intact. The vessels are without aneurysm or significant atherosclerosis. The uncinate processes and cerebellar tonsils are normal. Coronal sections demonstrate unremarkable cortical gray matter and subcortical white matter. The basal ganglia and thalami are normally formed. The ventricular system is symmetrical and not dilated. The brainstem and cerebellum show no abnormalities. The substantia nigra is pigmented. The base of the skull is intact.

Neck:

The soft tissues, muscles and vital structures of the neck are free of injury. The hyoid bone and laryngeal cartilages are intact. The larynx and trachea are opened longitudinally and exhibit intact gray-tan mucosa and no obstruction by foreign objects. The epiglottis is not inflamed or swollen. The cervical spine and atlanto-occipital joint are stable to manipulation.

Cardiovascular System:

The heart weighs 400 grams and is structurally normal. The epicardium is smooth and shiny. The atria and ventricles are normally formed. No septal defects or other congenital abnormalities are seen. The ventricular myocardium is evenly red-brown and shows no evidence of acute or remote infarcts. The left ventricular free wall has a maximum thickness of 1.2 cm. The cardiac valves, papillary muscles and chordae tendineae are normally formed and show no significant abnormalities. The coronary arteries have a normal origin and distribution and show negligible atherosclerosis. The branches of the aorta arise in the usual fashion, and the aorta shows negligible atherosclerosis.

Respiratory System:

The right and left lungs weigh 600 and 680 grams, respectively. The visceral pleural surfaces are smooth and shiny. The bronchi are unobstructed, and the pulmonary vessels are free of thromboemboli. The lung parenchyma is uniformly dark red-brown and free of consolidation, infarction and masses.

Gastrointestinal System:

The tongue is free of injury. The esophagus has an intact gray-white mucosa and is unobstructed to the stomach. The gastric mucosa is intact. The mucosa is normally rugated, and the stomach contains a negligible amount of tan fluid. The small intestine exhibits a 0.8

cm perforated ulcer and a 0.5 cm superficial erosion. These are localized 0.5 - 0.7 cm from the gastroduodenal junction, and each displays erythematous indurated edges. The serosal surfaces are likewise erythematous and display fibrinous exudate. The colon is grossly and palpably unremarkable. The rectal mucosa is intact and unremarkable. The appendix is normally located in the right lower quadrant.

The pancreas has the usual gray-tan lobular parenchyma and is free of hemorrhage, fibrosis and fat necrosis.

Hepatobiliary System:

The liver weighs 1300 grams and has an intact capsule and uniform brown parenchyma. Cirrhosis and neoplasms are not seen. The gallbladder contains dark green viscous bile with no stones and has a normal mucosa.

Genitourinary System:

The right and left kidneys weigh 120 and 140 grams, respectively. The capsules strip with ease from smooth red-brown cortical surfaces. The cortices are of normal thickness, and the cortical-medullary junctions are sharp. The calyces are not dilated. The bladder has a normal mucosa and contains an estimated 20 cc of urine. The prostate is of normal size and free of nodularity and discrete lesions. The testes are descended; examination of the testes reveals normal brown parenchyma without hemorrhage or masses.

Reticuloendothelial System:

The spleen weighs 80 grams. The capsule is intact, and the parenchyma is dark red with normally distributed white pulp regions. No focal lesions or masses are seen. The nodes of the mediastinal, hilar, abdominal and inguinal areas are unremarkable.

Endocrine System:

The right and left adrenals are of normal size and show no abnormalities. The thyroid gland has a uniform tan-brown parenchyma and shows no abnormalities.

Musculoskeletal System:

The axial and appendicular skeleton is free of fractures. The skeletal muscles show normal symmetrical development and are grossly unremarkable.

MICROSCOPIC DESCRIPTIONS:

Two hematoxylin and eosin stained gastrointestinal slides are evaluated. The sections confirm ulceration with evidence of mucosal surface necrosis and full thickness mixed inflammatory infiltrates and granulation tissue. The gastrointestinal tissues not involved by the ulcer show serosal surface granulation tissue and inflammation.

AUTOPSY FINDINGS:

I.  Duodenum, perforated ulcer associated with acute peritonitis

II. Toxicology analysis, negative

III. No trauma contributory to death

OTHER PROCEDURES:

1. Peripheral and central blood submitted for toxicology.

2. Vitreous collected and retained.
3. Air dried bloodstain card collected and held for serology.
4. Tissue sections (2) submitted for histology.
5. Identification and documentation photographs taken.
6. Dissected organs and personal effects released with the body; jail clothing retained to discard.

OPINION/SUMMARY:

This 51-year-old black male, Albert Wilder, was reportedly found unresponsive in an isolated cell of the county jail medical unit. The complete autopsy discloses a perforated duodenal ulcer that caused his death. No trauma is identified as causative or contributory to his death.

CAUSE OF DEATH:

Acute peritonitis  
Due to: Perforated duodenal ulcer

MANNER OF DEATH:

Natural

---

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

Lora Darrisaw  
Deputy Chief Medical Examiner

**Related Agencies:**

Rockdale Judicial Circuit  
GBI-Medical Examiner-HQ DOFS  
DOC-Internal Affairs - Forsyth  
GBI-Reg. 10-Conyers  
Rockdale Co. District Attorney

ACN: DARRISAW

**End of Official Report**